UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO LUIS DELIGIANNIS, | Case No. SACV 08-930 DOC(JC) |
| Plaintiffs, | |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF TORRANCE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the attached Report and Recommendation of United States Magistrate Judge and the records in this action. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice based upon plaintiff's failure to prosecute.

///
///
///
///
///

1

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  United States Magistrate Judge's Report and Recommendation, and the Judgment

3  herein on plaintiff and on any counsel for defendants.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED: April 9, 2009

7      HONORABLE DAVID O. CARTER
       UNITED STATES DISTRICT JUDGE

8