1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO LUIS DELIGIANNIS,<br>　　　　　Plaintiff,<br>　　v.<br>CITY OF TORRANCE, et al.,<br>　　　　　Defendants. | Case No. SACV 08-930 DOC(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 9, 2009

_/s/ David O. Carter_

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE